

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                    PLAINTIFF<br>v.<br><br>Bolanos, Blanca Estela<br>                    DEFENDANT(S). | CASE NUMBER<br><br>SA 11-192-M-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday 4/25/11__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __4/22/11__                                  _____
                                                    ROBERT N. BLOCK
                                                    U.S. District Judge/Magistrate Judge